

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Robert Hatcher

**Plaintiff,**

V.

Dr. Blake, Medical Doctor; San Diego
Jail Medical Doctor; Medical Staff;
Nurses, San Diego County Mens Central
Jail, About 5 Nurses

**Defendant.**

Civil Action No. 18cv561-MMA(MDD)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) in compliance with the Court's May 17, 2018 Order requiring amendment. The Court further certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date: _____7/17/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman
_____
R. Chapman, Deputy